UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| KIA C. FARRIS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:10-cv-62 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her Report and Recommendation [Court Doc. 15] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's Report and Recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Summary Judgment [Court Doc. 9] is **DENIED**; Defendant's Motion for Summary Judgment [Court Doc. 13] is **GRANTED**; the Commissioner's decision denying benefits is **AFFIRMED**; and the instant action is **DISMISSED WITH PREJUDICE**.

A separate judgment will enter. The Clerk shall close the case.

**SO ORDERED** this 14th day of July, 2011.

                                                    */s/Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                                    UNITED STATES DISTRICT JUDGE